UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80105-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KAWANA BROWN,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR ADDITIONAL FUNDS

THIS CAUSE is before the Court upon Defendant's Second Application for Investigative Funds **[DE 181]**.  The Defendant is requesting an additional $2,400 for his investigator at an hourly rate of $60.00 to effectively prepare for the sentencing hearing in this case.  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is **GRANTED** in the amount of $2,400.00 subject to the approval of the Eleventh Circuit Court of Appeals.  The Court, on its own authority previously authorized $2,400.00 and will submit a request to the Eleventh Circuit Court of Appeals for the additional $2,400.00.

DONE and ORDERED in West Palm Beach, Florida, this 14th day of April, 2014.

                              KENNETH A. MARRA
                              UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel